# EXHIBIT A

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Bobby Samini, Esq. | SBN: 181796<br>SAMINI BARIC KATZ LLP<br>650 Town Center Drive Suite 1500  Costa Mesa, CA 92626 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: (949) 724-0900 | FAX NO. | E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: : PLAINTIFFS | |

**UNITED STATES DISTRICT COURT**
STREET ADDRESS: 350 W. 1ST STREET
MAILING ADDRESS:
CITY AND ZIP CODE: LOS ANGELES, CA 90012
BRANCH NAME: FOR THE CENTRAL DISTRICT OF CALIFORNIA

| PLAINTIFF: SALUD GONZALEZ, AN INDIVIDUAL, ET AL. | CASE NUMBER:<br>2:22-cv-09467-ODW-PLA |
|---|---|
| DEFENDANT: INTERNATIONAL CHURCHES OF CHRIST, INC., ETC., ET AL. | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ Summons
   b. ☐ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ Cross-complaint
   f. ☑ other *(specify documents)*: Summons & Complaint; Civil Case Cover Sheet; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT - DIRECTED ADR PROGRAM; NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; NOTICE OF RELATED CASES; CIVIL MINUTES -GENERAL  DATED JANUARY 5, 2023

3. a. Party served *(specify name of party as shown on documents served)*:
   **THE ESTATE OF CHARLES "CHUCK" LUCAS**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **ANN LUCAS - AGENT**

4. Address where the party was served: **320 Austin Ave NE RM FLC101**
   **Marietta, GA 30060-1520**

5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* 2/21/2023   (2) at *(time):* 9:45 AM

   b. ☐ **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):* from *(city):*   **or** ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS010-1/OC31035301

| PETITIONER: SALUD GONZALEZ, AN INDIVIDUAL, ET AL. | CASE NUMBER: |
|---|---|
| RESPONDENT: INTERNATIONAL CHURCHES OF CHRIST, INC., ETC., ET AL. | 2:22-cv-09467-ODW-PLA |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

  (1) on *(date)*:  (2) from *(city)*:

  (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

  (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section)*:

  ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify)*:
  c. ☐ as occupant.
  d. ☑ On behalf of *(specify)*: **THE ESTATE OF CHARLES "CHUCK" LUCAS**
     under the following Code of Civil Procedure section:

     ☐ 416.10 (corporation)             ☐ 415.95 (business organization, form unknown)
     ☐ 416.20 (defunct corporation)     ☐ 416.60 (minor)
     ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
     ☐ 416.40 (association or partnership) ☐ 416.90 (authorized person)
     ☐ 416.50 (public entity)           ☐ 415.46 (occupant)
                                         ☑ other: **ESTATE**

7. **Person who served papers**
   a. Name: **Garry Tuttle - Asap Legal**
   b. Address: **404 West 4th St., STE B  Santa Ana, CA 92701**
   c. Telephone number: **(714) 543-5100**
   d. **The fee** for service was: **$ 1,469.00**
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☑ registered California process server:
         (i) ☐ owner     ☐ employee     ☑ independent contractor.
         (ii) Registration No.:
         (iii) County: **Los Angeles**

8. ☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: **2/21/2023**

**Asap Legal**
**404 West 4th St., STE B**
**Santa Ana, CA 92701**
**(714) 543-5100**
**www.asaplegal.com**

_____
**Garry Tuttle**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

(SIGNATURE)