**BEACH LAW GROUP, LLP**
500 E. ESPLANADE DRIVE, SUITE 1400
OXNARD, CALIFORNIA 93036
TELEPHONE: (805) 388-3100
FACSIMILE: (805) 388-3414

1
2
3  Thomas E. Beach - State Bar No. 096321
   Mindee J. Stekkinger - State Bar No. 146698
4  Molly Loy - State Bar No. 274703
   Sueanne D. Chadbourne - SBN 201461
5  mail@beachlawgroup.com
   Attorneys for Defendant,
6  CITY OF ANGELS INTERNATIONAL CHRISTIAN CHURCH, a California nonprofit corporation
7

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION - LOS ANGELES

| | |
|---|---|
| SALUD GONZALEZ, an individual, DARLEEN DIAZ, an individual, BERNICE PEREZ, an individual, ASHLEY RUIZ, an individual, and ELENA PELTOLA, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL CHURCHES OF CHRIST, INC., a California nonprofit corporation; THE INTERNATIONAL CHRISTIAN CHURCH, INC., a California nonprofit corporation; HOPE WORLDWIDE, LTD., a Delaware nonprofit corporation; MERCYWORLDWIDE, a California nonprofit corporation; CITY OF ANGELS INTERNATIONAL CHRISTIAN CHURCH, a California nonprofit corporation; THOMAS ("KIP") McKEAN, an individual; THE ESTATE OF CHARLES "CHUCK" LUCAS; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:22-cv-09467-ODW-PLA<br>Complaint Filed 12/30/2022<br><br>(Related to Case Nos. 2:22-cv-09472-ODW-PLA; 2:23-cv-00664-ODW-PLA, 2:23-cv-00765-ODW-PLA; 2:23-cv-00999-ODW-PLA; and 2:23-cv-01192-ODW-PLA)<br><br>Assigned to Hon. Judge Otis D. Wright, II Courtroom 5D<br><br>**DEFENDANT, CITY OF ANGELS INTERNATIONAL CHRISTIAN CHURCH RESPONSE TO ORDER TO SHOW CAUSE RE CONSOLIDATION** |

**DECLARATION OF SUEANNE D. CHADBOURNE**

I, Sueanne D. Chadbourne, declare:

1

1. I am an attorney duly licensed to practice law before all courts of the State of California and I am a partner of the BEACH LAW GROUP, LLP, attorneys for defendant THE INTERNATIONAL CHRISTIAN CHURCH, INC., CITY OF ANGELS INTERNATIONAL CHRISTIAN CHURCH and MERCYWORLDWIDE. I am familiar with the facts of this matter and, if called as a witness, I could and would competently testify to the matters set forth in this declaration based upon my own personal knowledge.

2. This Declaration is provided as requested in the MINUTE ORDER IN CHAMBERS issued by Judge Otis D. Wright, II, ordering the parties that have appeared to date to state why the following matters should not be consolidated:

  a. *Salud Gonzalez et al. v. International Churches of Christ, Inc. et al.* (2:22-cv-09467-ODW);

  b. *Anthony M. Stowers et al v. International Churches of Christ, Inc. et al.* (2:22-cv-09472-ODW);

  c. *Jane Roe 1 et al v. International Churches of Christ, Inc. et al.* (2:23-cv-00664-ODW);

  d. *Jane Roe 1 et al v. International Churches of Christ Inc. et al.* (2:23-cv-00765-ODW);

  e. *Jane Roe 6 et al v. International Churches of Christ, Inc. et al.* (2:23-cv-00999-ODW); and

  f. *Jane Roe 8 et al v. International Churches of Christ, Inc. et al.* (2:23-cv-01192-ODW)

3. THE INTERNATIONAL CHRISTIAN CHURCH, INC., CITY OF ANGELS INTERNATIONAL CHRISTIAN CHURCH and MERCYWORLDWIDE are defendants in the above actions. Responsive pleadings have not been filed in any of the above-referenced cases by any defendant.

4. Our firm *does not* represent INTERNATIONAL CHURCH OF CHRIST. Representations by Bobby Samini, counsel for the plaintiffs, in

declarations to the court regarding proof of service upon INTERNATIONAL CHURCH OF CHRIST incorrectly stated our firm represents this defendant. My firm has requested that Mr. Samini notify the court of this error. To date the error has not been rectified with the court.

5. I have conferred with Bobby Samini, counsel for the plaintiffs in each of these actions. Mr. Samini has advised of an intent to file amended complaints in each of the above actions.  Until the amended complaints are filed, Mr. Samini advised that the responsive pleadings for all defendants in all of these actions can be extended to May 5, 2023.

6. As it stands, based on facts known and alleged, it is anticipated that THE INTERNATIONAL CHRISTIAN CHURCH, INC., CITY OF ANGELS INTERNATIONAL CHRISTIAN CHURCH and MERCYWORLDWIDE will challenge the pleadings of these lawsuits, to include questions of venue and jurisdiction.

7. As each of the cases involves separate occurrences and differing allegations taking place in different times and years and in different states and countries, the elements justifying consolidation are not present nor would consolidation promote judicial economy. THE INTERNATIONAL CHRISTIAN CHURCH, INC., CITY OF ANGELS INTERNATIONAL CHRISTIAN CHURCH and MERCYWORLDWIDE oppose consolidation of the above-referenced actions.

8. Once the above-referenced actions are at issue, THE INTERNATIONAL CHRISTIAN CHURCH, INC., CITY OF ANGELS INTERNATIONAL CHRISTIAN CHURCH and MERCYWORLDWIDE intends to seek an order of coordination from the court to serve judicial efficiency. It is premature to seek this order until the pleadings are at issue.

///

///

///

9. For these reasons, these cases should not be consolidated.

Dated: March 31, 2023

BEACH LAW GROUP, LLP

By: _____
Thomas E. Beach
Mindee J. Stekkinger
Molly Loy
Sueanne D. Chadbourne
Attorneys for Defendant,
CITY OF ANGELS INTERNATIONAL CHRISTIAN CHURCH

4
DEFENDANT, CITY OF ANGELS INTERNATIONAL CHRISTIAN CHURCH RESPONSE TO ORDER TO SHOW CAUSE RE CONSOLIDATION

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF VENTURA

I am employed in the County of Ventura, State of California. I am over the age of 18 and not a party to the within action. My business address is 500 E. Esplanade Drive, Suite 1400, Oxnard, California 93036.

On the date set forth below, I served the foregoing document described as: **DEFENDANT, CITY OF ANGELS INTERNATIONAL CHRISTIAN CHURCH RESPONSE TO ORDER TO SHOW CAUSE RE CONSOLIDATION** on the interested parties in this action as follows:

SEE ATTACHED SERVICE LIST

☐ **(BY FIRST CLASS MAIL)** I placed the above-named document in an envelope and caused such envelope with postage thereon fully prepaid to be placed for mailing with the United States Postal Service at Oxnard, California. I am "readily familiar" with the firm's practice for collection and processing of correspondence for mailing. It is deposited with the United States Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing contained in affidavit.

☐ **(BY OVERNIGHT CARRIER)** I placed the above-named document in an envelope or package designated by **[Federal Express/General Logistics Systems (GLS)/Express Mail]** ("express service carrier") addressed to the parties listed on the service list herein, and caused such envelope with delivery fees paid or provided for to be deposited in a box maintained by the express service carrier. I am "readily familiar" with the firm's practice of collection and processing of correspondence and other documents for delivery by the express service carrier. It is deposited in a box maintained by the express service carrier on that same day in the ordinary course of business.

☒ **(BY ELECTRONIC SERVICE)** I served the above-named document electronically on the parties listed on the service list herein via a Notice of Electronic Filing automatically generated by the CM/ECF System.

☒ **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 31, 2023, at Oxnard, California.

*Esperanza Morales*
Esperanza Morales

**SERVICE LIST**
*Gonzalez v. International Churches of Christ, Inc., et al.*
*United States District Court Case No. 2:22-cv-09467*

**ATTORNEYS FOR PLAINTIFFS**

Bobby Samini, Esq.
Michael Katz, Esq.
Steve Baric, Esq.
John S. Oney IV, Esq.
Samini Baric Katz LLP
650 Town Center Drive, Suite 1500
Costa Mesa, CA  92626

Phone:  (949) 724-0900
Fax:       (949) 724-0901
bobby.samini@sbklawyers.com
michael.katz@sbklawyers.com
steve.baric@sbklawyers.com
john.oney@sbklawyers.com

**ATTORNEYS FOR DEFENDANT, HOPE WORLDWIDE, LTD.**

Andrew J. Waxler, Esq.
John T. Lupton, Esq.
Madeleina Halley, Esq.
Tad A. Devlin, Esq.
Kaufman Dolowich & Voluck LLP
21515 Hawthorne Boulevard, Suite 450
Torrance, CA  90503

Phone:  (310) 540-2000
Fax:       (310) 550-6609
awaxler@kdvlaw.com
jlupton@kdvlaw.com
mhalley@kdvlaw.com
tdevlin@kdvlaw.com

**ATTORNEYS FOR DEFENDANT, THOMAS "KIP" McKEAN**

Anthony J. Fernandez, Esq.
Quintairos, Prieto, Wood & Boyer, P.A.
8800 East Raintree Drive, Suite 100
Scottsdale, AZ  85260

Phone:  (602) 954-5605
Fax:       (602) 954-5606
afernandez@qpwblaw.com
kathleen.pepin@qpwblaw.com
bmckinley@qpwblaw.com