**SAMINI BARIC KATZ LLP**
Bobby Samini, Esq. (SBN 181796)
Michael Katz, Esq. (SBN 181728)
Steve Baric, Esq. (SBN 200066)
John S. Oney IV, Esq. (SBN 338596)
650 Town Center Drive, Suite 1500
Costa Mesa, CA 92626
Telephone: (949) 724-0900
Fax: (949) 724-0901
Email: bobby.samini@sbklawyers.com
Email: michael.katz@sbklawyers.com
Email: steve.baric@sbklawyers.com
Email: john.oney@sbklawyers.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALUD GONZALEZ, an individual, DARLEEN DIAZ, an individual, BERNICE PEREZ, an individual, ASHLEY RUIZ, an individual, and ELENA PELTOLA, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL CHURCHES OF CHRIST, INC., a California nonprofit corporation; THE INTERNATIONAL CHRISTIAN CHURCH, INC., a California nonprofit corporation; HOPE WORLDWIDE, LTD., a Delaware nonprofit corporation; MERCYWORLDWIDE, a California nonprofit corporation; CITY OF ANGELS INTERNATIONAL CHRISTIAN CHURCH, a California nonprofit corporation; THOMAS | Case No. 2:22-cv-9467-ODW-PLA<br><br>**NOTICE OF VOLUNTARY DIMISSAL PURSUANT TO FRCP 41(a)(1)(A)** |

1  ("KIP") McKEAN, an individual; THE
2  ESTATE OF CHARLES "CHUCK"
   LUCAS; and DOES 1 through 100,
3  inclusive,
4            Defendants.
5

**[REMAINDER PAGE INTENTIONALLY LEFT BLANK]**

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

TO DEFENDANTS, The Estate of Chuck Lucas, The International Christian Church, Inc., Hope Worldwide, Ltd., Mercyworldwide, City of Angels International Christian Church, and their attorneys of record.

Pursuant to Rule 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedures, Plaintiffs Salud Gonzalez and Elena Peltola, and their counsel of record, hereby give notice that their causes of action against all Defendants in the above-titled action are voluntarily dismissed, without prejudice.

Furthermore, the remaining Plaintiffs voluntarily dismiss their claims, without prejudice, against the following defendants: The Estate of Chuck Lucas, The International Christian Church, Inc., Hope Worldwide, Ltd., Mercyworldwide, and City of Angels International Christian Church.

A court order is not required. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

**SAMINI BARIC KATZ LLP**

Date: June 16, 2023   By: */s/ Bobby Samini*

Bobby Samini, Esq.
Michael Katz , Esq.
Steve Baric, Esq.
John S. Oney, IV, Esq.
Attorneys for Plaintiffs
Salud Gonzalez, Darleen Diaz, Bernice Perez, Ashley Ruiz, and Elena Peltola

# PROOF OF SERVICE

STATE OF CALIFORNIA)
COUNTY OF ORANGE)

    I am employed in Orange County.  My business address is 650 Town Center Drive, Suite 1500, Costa Mesa, CA 92626, where this mailing occurred.  I am over the age of 18 years and am not a party to this cause.  I am readily familiar with the practices of SAMINI BARIC KATZ LLP for collection and processing of correspondence for mailing with the United States Postal Service.

    On June 16, 2023, I served the foregoing documents on the interested parties in this action entitled as follows:

**NOTICE OF VOLUNTARY DIMISSAL PURSUANT TO FRCP 41(a)(1)(A)**

**SEE ATTACHED SERVICE LIST**

[ ]     (**BY MAIL**) I placed such envelope for collection and mailing on this date following ordinary business practices.

[XX] (**BY THE COURT'S ECF SYSTEM**):  I caused each such document(s) to be transmitted electronically by posting such document electronically to the ECF website of the United States District Court for the Central District of California, on all ECF-registered parties in the action.

[ ] (**BY THE COURT'S ECF SYSTEM**):  I caused each such document(s) to be transmitted electronically by posting such document electronically to the ECF website of the United States District Court for the Central District of California, on all ECF-registered parties in the action.

[ ]     (**BY EMAIL**) On June 16, 2023, I caused the above-referenced document(s) to be sent in electronic PDF format as an attachment to an email addressed to the person(s) on whom such document(s) is/are to be served at the email address(es) shown above, as last given by that person(s) or as obtained from an internet website(s) relating to such person(s), and I did no receive an email response upon sending such email indicating that such email was not delivered.

[XX] (**FEDERAL**) I declare that I am employed in the office of a member of the bar of this court at whose direction the services was made.

    Executed on June 16, 2023, at Costa Mesa, California.

                                      */s/ Griselda Alfaro*_____

# SERVICE LIST

| | |
|---|---|
| Andrew J. Waxler, Esq.<br>John T. Lupton, Esq.<br>Madeleina Halley, Esq.<br>Tad A. Devlin<br>KAUFMAN DOLOWICH & VOLUCK, LLP<br>21515 Hawthorne Blvd., Suite 450<br>Torrance, CA 90503<br>Telephone: 310-525-9720<br>Fax: 805-388-3414<br>awaxler@kdvlaw.com<br>jlupton@kdvlaw.com<br>mhalley@kdvlaw.com<br>tdevlin@kdv.com | *Attorneys for Defendant, HOPE WORLDWIDE, LTD.* |
| Mindee J Stekkinger<br>Molly M. Loy<br>Thomas E. Beach<br>BEACH LAW GROUP LLP<br>500 East Esplanade Drive, Suite 1400<br>Oxnard, CA 93036<br>Telephone: 805-388-3100<br>Fax: 805-388-3414<br>mail@beachlawgroup.com<br>molly@beachcowdrey.com | *Attorneys for Defendant, CITY OF ANGELS INTERNATIONAL CHRISTIAN CHURCH,* THE INTERNATIONAL CHRISTIAN CHURCH, INC., and MERCYWORLDWIDE |