DAVID G. HALM, ESQ., SBN: 179957
David.Halm@qpwblaw.com
**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
500 N. Brand Boulevard, Suite 1650
Glendale, California 91203

Telephone: 213.486.0048
Facsimile: 213.486.0049

*Attorneys for Thomas ("Kip") McKean*

# UNITED STATES DISTRICRT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Darleen Diaz, an individual; Bernice Perez, an individual; Desiree Perez, an individual; Jane Roe 8, an individual; and, Ashley Ruiz, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>International Churches of Christ, Inc., an unincorporated association and former California nonprofit corporation; Thomas ("Kip") McKean, an individual; Rob Kosberg, an individual; Connie Kosberg, an individual; Steve Gansert-Morici, an individual; Jacqueline Gansert-Morici, an individual; David Saracino, an individual; Chris Del Rosario, an individual; Bruce Williams, an individual; Robin Williams, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:22-cv-09467-ODW-PLA<br><br>**DEFENDANT THOMAS ("KIP") MCKEAN'S NOTICE OF MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT PURSUANT TO RULE 12(b), FEDERAL RULES OF CIVIL PROCEDURE**<br><br>*Filed concurrently with Memorandum of Points and Authorities; [Proposed] Order*<br><br>Date: August 28, 2023<br>Time: 1:30 p.m.<br>Dept: 5D<br>Judge: Hon. Otis D. Wright II<br>Trial Date: Not yet set<br><br>Action filed: December 30, 2022<br>Second Amended<br>Complaint filed: June 16, 2023 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on August 28, 2023, at 1:30 p.m., or as soon

---

**DEFENDANT THOMAS ("KIP") MCKEAN'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

thereafter as the matter may be heard, in Courtroom 5D of this Court, at 350 West 1st Street, Los Angeles, California 90012, Defendant Thomas ("Kip") McKean will move this Court for an order dismissing Claims 1, 2, 3, 4, 6, 7, 8, 9, 10, 11, and 12 of Plaintiffs' First Amended Complaint (Doc. #69).

Plaintiff's First Amended Complaint (Doc. #69) ("FAC") asserts the following claims against Defendant: 1) First Claim: Sexual Assault of a Minor; 2) Second Claim: Violation of Cal. Penal Code § 647.6(a)(1); 3) Third Claim: Violation of Cal. Penal Code §§ 288(a), (b)(1), (b)(2); 4) Fourth Claim: Sexual Assault; 5) Sixth Claim: Sexual Battery in Violation of Cal. Civ. Code § 1708.5; 6) Seventh Claim: Gender Violence in Violation of Cal. Civ. Code § 52.4; 7) Eighth Claim: Negligent Hiring, Supervision, and Retention; 8) Ninth Claim: Negligent Supervision of a Minor; 9) Tenth Claim: Failure to Report Suspected Child Abuse in Violation of Penal Code §§ 11165 *et seq.* based on Vicarious Liability; 10) Eleventh Claim: Negligence; and 11) Twelfth Claim: Violation of Federal Racketeer Influenced and Corrupt Organization ("RICO") Act 18 U.S.C. § 1962(c).[1]

Assuming Plaintiffs' factual allegations are true solely for the purposes of this Motion, Defendant is entitled to judgment as a matter of law pursuant to Rule 12(b)(6), Federal Rules of Civil Procedure, because none of Plaintiffs' claims state viable causes of action against Defendant and nothing that may be revealed in discovery can possibly remedy the legal deficiencies in any of their claims. Further, this court does not have subject matter jurisdiction because no federal law is at issue and the parties are not diverse.

This Motion is made following a meet and confer consisting of email exchanges between counsel, a detailed letter dated June 23, 2023 and a personal meeting on June 27, 2023, pursuant to Local Rule 7-3.

///

///

---

[1] Plaintiffs' counsel stated at the in-person conference that he intends to dismiss this claim. Defendant will brief this issue as this dismissal has not been filed to date.

**2**

**DEFENDANT THOMAS ("KIP") MCKEAN'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

| | | |
|---|---|---|
| 1 | Dated: June 29, 2023 | QUINTAIROS, PRIETO, WOOD & BOYER, P.A. |
| 2 | | |
| 3 | | By: _/s/ David G. Halm_ |
| 4 | | David G. Halm, Esq.<br>Attorneys for Defendant *Thomas ("Kip") McKean* |

# PROOF OF SERVICE

I am a citizen of the United States. My business address is Quintairos, Prieto, Wood & Boyer PA, 500 N. Brand Boulevard, Suite 1650, Glendale, California 91203. I am employed in the County of Los Angeles where this service occurs. I am over the age of 18 years, and not a party to the within cause.

On the date set forth below, according to ordinary business practice, I served the foregoing document entitled:

**DEFENDANT THOMAS ("KIP") MCKEAN'S NOTICE OF MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT PURSUANT TO RULE 12(b), FEDERAL RULES OF CIVIL PROCEDURE**

☒ (BY CM/ECF)  I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail notice list, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants (if any) indicated on the Manual Notice list.

Bobby Samini
Michael Katz
Steve Baric
John S. Oney, IV
SAMINI BARIC KATZ, LLP
650 Town Center Drive, Suite 1500
Costa Mesa, CA  92626
Bobby.samini@sbklawyers.com
Michael.katz@sbklawyers.com
Steve.baric@sbklawyers.com
John.oney@sbklawyers.com
*Attorneys for Plaintiffs Darleen Diaz, Bernice Perez, Desiree Perez, Jane Roe 8 and Ashley Ruiz*

☒ (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on June 30, 2023, at Palmdale, California.

*/s/Mary Youngblood*
Mary Youngblood

**4**

**DEFENDANT THOMAS ("KIP") MCKEAN'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**