BYRON J. MCLAIN, CA Bar No. 257191
  bmclain@foley.com
SAVANNAH LEVIN, CA Bar No. 347929
  slevin@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CA 90071-2418
TELEPHONE: 213.972.4500
FACSIMILE:   213.486.0065

DAVID J. JORDAN, UTAH Bar No. 1751 (*pro hac vice forthcoming*)
  djordan@foley.com
JORDAN C. BLEDSOE, UTAH Bar No. 15545 (*pro hac vice forthcoming*)
  jordan.bledsoe@foley.com
**FOLEY & LARDNER LLP**
95 S STATE STREET, SUITE 2500
SALT LAKE CITY, UT 84111
TELEPHONE: 801.401.8900
FACSIMILE:   385.799.7576

Attorneys for Defendant INTERNATIONAL CHURCHES OF CHRIST, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLEEN DIAZ, an individual; BERNICE PEREZ, an individual; DESIREE PEREZ, an individual; JANE ROE 8, an individual; and, ASHLEY RUIZ, an individual,<br><br>                              Plaintiffs,<br>          vs.<br><br>INTERNATIONAL CHURCHES OF CHRIST, INC., an unincorporated association and former California nonprofit corporation; THOMAS ("KIP") McKEAN, an Individual; ROB KOSBERG, an individual; CONNIE KOSBERG, an individual; STEVE GANSERT-MORICI, an individual; JACQUELINE GANSERT-MORICI, an individual; DAVID SARACINO, an individual; CHRIS DEL ROSARIO, an individual; BRUCE WILLIAMS, an individual; ROBIN WILLIAMS, an individual; ALFREDO ALANIS, an individual; and DOES 1 through 100, inclusive,<br>                              Defendants. | Case No. 2:22-cv-09467-ODW-PLA<br><br>**DECLARATION OF BYRON J. MCLAIN IN SUPPORT OF DEFENDANT INTERNATIONAL CHURCHES OF CHRIST, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT FOR INSUFFICIENT PROCESS AND INSUFFICIENT SERVICE OF PROCESS OR TO QUASH SERVICE**<br><br>Filed Concurrently:<br>  1. Motion to Dismiss; and<br>  2. [Proposed] Order<br><br>Date:    August 14, 2023<br>Time:    1:30 p.m.<br>Place:   Ctrm. 5D<br><br>Judge: Hon. Otis D. Wright, II<br><br>Complaint Filed: December 30, 2022<br>FAC Filed: June 16, 2023 |

## DECLARATION OF BYRON J. MCLAIN

I, Byron J. McLain, declare:

1. I am an attorney duly admitted to practice in the State of California. I am a partner at Foley & Lardner LLP, counsel for Defendant INTERNATIONAL CHURCHES OF CHRIST, INC. ("ICOC, Inc."). Counsel is specially appearing in the above-captioned matter for the limited purpose of responding to the Court's July 7, 2023 minute order and contesting service of process. I am familiar with the action, including the facts and claims at issue and the pleadings on file. The facts stated herein are of my own personal knowledge, and if called upon to do so, I could and would competently testify thereto under oath.

2. I make this declaration in support of ICOC, Inc.'s Motion to Dismiss Plaintiffs' First Amended Complaint for Insufficient Service and Insufficient Service of Process or to Quash Service of Process (the "Motion").

3. On June 15, 2023, Rafael Lua sent an email to counsel for Plaintiffs stating that he is not authorized to accept service on ICOC, Inc.'s behalf. Attached as Exhibit A hereto is a true and correct copy of Mr. Lua's June 15, 2023 email.

4. On June 27, 2023, I participated in a video call with counsel for Plaintiffs, Bobby Samini, and certain defense counsel. I appeared for the call on behalf of defendants named in the Amended Complaint in this action. Counsel for Plaintiffs represented during the call that Plaintiffs would be dismissing, among other amended complaints, the Amended Complaint by June 28, 2023, and that Plaintiffs would pursue their claims in California state court.

5. Plaintiffs did not dismiss the Amended Complaint or any other amended complaints by June 28, 2023.

6. On June 30, 2023, Mr. Samini sent an email to defense counsel stating that Plaintiffs were prepared to dismiss certain amended complaints, including the Amended Complaint. Attached as Exhibit B hereto is a true and correct copy of Mr. Samini's June 30, 2023 email. To date, Plaintiffs have not dismissed the amended complaints identified

in Mr. Samini's email.

7. I understand and am informed that, to date, neither Mr. DeAnda nor any other individual authorized to accept service on ICOC, Inc.'s behalf has been served with Plaintiffs' Amended Complaint.

8. On July 7, 2023, the Court issued a minute order requiring ICOC, Inc. to respond to the Amended Complaint by July 14, 2023. Dkt. No. 80. Plaintiffs were required to serve the July 7, 2023 minute order on ICOC, Inc. Plaintiffs have not done so.

9. I was retained on or around July 9, 2023 to enter a special appearance in this action for the limited purpose of responding to the Court's July 7, 2023 minute order and contesting service of process.

I declare that the foregoing is true and correct under the penalty of perjury under the laws of the United States of America.

Executed this 13th day of July 2023 in Los Angeles, CA.

/s/ Byron J. McLain
Byron J. McLain